# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YATES, et al.,<br><br>　　　　Defendants. | 1:11cv0107 LJO DLB PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br>(Document 26)<br><br>ORDER DENYING REQUEST FOR EXTENSION OF TIME AS MOOT<br>(Document 32) |

　　　　Plaintiff Emiliano Lopez ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

　　　　On November 6, 2012, the Court issued an order dismissing Plaintiff's complaint with leave to amend. Plaintiff was afforded thirty (30) days to file a Second Amended Complaint.

　　　　On December 17, 2012, after the time had passed and Plaintiff failed to file an amended complaint, the Court issued Findings and Recommendations that this action be dismissed for Plaintiff's failure to follow a Court order.

　　　　Plaintiff was given two extensions of time within which to file a Second Amended Complaint.

　　　　On February 25, 2013, Plaintiff filed a timely request for an additional extension of time. Plaintiff also attached his Second Amended Complaint to his request.

　　　　Accordingly, the Findings and Recommendations issued on December 17, 2012, are VACATED and Plaintiff's February 25, 2013, request for an extension of time is DENIED AS MOOT.

The Clerk of Court is DIRECTED to file Plaintiff's Second Amended Complaint, attached to the February 25, 2013, request for an extension of time (pages 6-16), as a separate document.

IT IS SO ORDERED.

Dated: **February 26, 2013**          /s/ *Dennis L. Beck*
                                      UNITED STATES MAGISTRATE JUDGE